IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

ALEX PICKETT,

                Plaintiff,         Case No. 3:08 CV 2553

  -vs-

                                                         JUDGMENT ENTRY

OFFICE OF DISABILITY
ADJUDICATION AND REVIEW,

                Defendant.

KATZ, J.

    For the reasons stated in the Memorandum Opinion filed contemporaneously with this entry, IT IS HEREBY ORDERED, ADJUDGED and DECREED that Defendant's motion to dismiss is granted (Doc. 9). Case dismissed without prejudice.

                                                              S/ *David A. Katz*
                                                            DAVID A. KATZ
                                                            U. S. DISTRICT JUDGE